JEFFREY G. KNOWLES (State Bar No. 129754)
ef-jgk@cpdb.com
KAREN S. FRANK (State Bar No. 130887)
ef-ksf@cpdb.com
JULIA D. GREER (State Bar No. 200479)
ef-jdg@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Plaintiff BROADCAST MUSIC, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., a New York corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>DEYON K. DAVIS, as an individual and d/b/a DEYON DAVIS MUSIC; CINEMATIC TUNES, INC. a California Corporation; YASMINAH COMBARY, an individual; TYRONE THORNTON, an individual; LAQUAJAWAN T. LANIER, an individual; WALTER L. LANIER, an individual; and LAMONT HART, an individual,<br><br>         Defendants. | Case No. CV 10-10089 RGK (FFMx)<br><br>**DECLARATION OF JULIA D. GREER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COMBARY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>**Date: May 16, 2011<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner** |

I, Julia D. Greer, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a member of Coblentz, Patch, Duffy & Bass LLP, attorneys of record for Plaintiff

13389.008.1734772v1                              1                    Case No. CV 10-10089 RGK FFMx

DECLARATION OF JULIA D. GREER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COMBARY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

Broadcast Music, Inc. ("BMI") in this matter. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have personally participated in some of the investigation into the allegations underlying the claims in BMI's Complaint in this action, and I have communicated closely with BMI representatives who have conducted the investigation, and reviewed many of the relevant documents. Based on the work that I have done, the communications I have had with BMI representatives, and the relevant documents, I am aware that there is a very solid factual basis for BMI's claims against Defendants, including Defendant Combary.

3. I am aware that other individuals, besides Defendants in this case, were implicated in the investigation, but agreed to return the money they were overpaid as a result of the falsified cue sheets as alleged in the Complaint.

4. I am responsible for arranging for service of the Summons and Complaint in this action on the various Defendants. It has been extremely difficult to serve them, and I believe (and the process servers attempting service believe) that Defendants were (and some still are) evading service.

5. I was finally able to cause service to be made on Defendant Davis only after, through some investigation, finding the address of Defendant Combary. It became evident after effecting service on Defendant Combary, and further investigation, that Defendant Davis lived there with her. I was informed by the process server that she referred to Mr. Davis as her husband.

6. As part of BMI's outreach to Defendants to convince them to return the overpayments they received under the falsified cue sheets, Defendants Davis and Combary – through counsel – were provided with highly detailed accountings consisting of many hundreds of pages, showing the television episode on which

13389.008.1734772v1     2     Case No. CV 10-10089 RGK FFMx

DECLARATION OF JULIA D. GREER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COMBARY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

each work was used, the song titles, the use, the duration, the payment, and the adjustment necessary to correct the falsity.

7. Attached hereto as **Exhibit A** is a true and correct copy of BMI's standard writer agreement (available on BMI's website at http://www.bmi.com/join/?link=navbar, click on "review standard contract"). As shown in this agreement, every BMI affiliate confers on BMI the power of attorney to, *inter alia,* enforce and protect the rights thereunder, and recover damages for violation of said rights. (Exhibit A at ¶ 15.)

8. Attached hereto as **Exhibits B & C** are true and correct copies of a standard BMI Local Television Station Music Performance Blanket License (available at http://www.bmi.com/forms/licensing/tv/local_tv_blanket.pdf), and a BMI Local Television Station Music Performance Per Program License (available at http://www.bmi.com/forms/licensing/tv/local_tv_per_program.pdf). While licenses vary, in no case is the payment of fees by licensees governed by the nature or duration of music use as specified in the cue sheets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 25, 2011, at San Francisco, California.

/s/ *Julia D. Greer*
Julia D. Greer

13389.008.1734772v1     3     Case No. CV 10-10089 RGK FFMx

DECLARATION OF JULIA D. GREER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COMBARY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM