# EXHIBIT A

## Raaqim Knight

| | |
|---|---|
| **From:** | Greer, Julia D. <jgreer@coblentzlaw.com> |
| **Sent:** | Monday, December 19, 2011 12:13 PM |
| **To:** | 'Raaqim Knight' |
| **Cc:** | Fong, Cindy; Knowles, Jeffrey |
| **Subject:** | Extension of time |
| **Attachments:** | Stipulation re extending discovery cutoff.DOC |

Raaqim,

Due to the holidays, we'd like to request a short extension of time to respond to the counterclaims (as of today, they would be due Dec. 27).   In addition, it would behoove both of us to request an extension of time to conduct discovery, given the tightness of the Court's scheduling order and the fact that we have not yet exchanged Rule 26 disclosures.

Keeping in mind the Court's historic resistance to extensions, I've attempted to craft a stipulation that the Court will find reasonable and compelling; I'm hoping the Court will find the new counterclaims a persuasive reason to give us both more time.  With your permission, I'd like to get the stipulation on file ASAP.

Julie

*Julia D. Greer*
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA  94111-4213
**Direct:** 415.772.5784  **Main:** 415.391.4800  **Fax:** 415.989.1663
**Email:** jgreer@coblentzlaw.com  **Web:** www.coblentzlaw.com

# COBLENTZ,
# PATCH, DUFFY
# & BASS LLP ATTORNEYS
# AT LAW

This transmittal is intended solely for use by its addressee, and may contain confidential or legally privileged information.  If you receive this transmittal in error, please email a reply to the sender and delete the transmittal and any attachments.
In accordance with Treasury Regulations Circular 230, any tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

Coblentz, Patch, Duffy & Bass LLP has been certified as a Green Business by the San Francisco Green Business Program. Please consider the environment before printing this e-mail.

JEFFREY G. KNOWLES (State Bar No. 129754)
ef-jgk@cpdb.com
KAREN S. FRANK (State Bar No. 130887)
ef-ksf@cpdb.com
JULIA D. GREER (State Bar No. 200479)
ef-jdg@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Plaintiff BROADCAST
MUSIC, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., a New York corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>DEYON K. DAVIS, as an individual and d/b/a DEYON DAVIS MUSIC; CINEMATIC TUNES, INC. a California Corporation; YASMINAH COMBARY, an individual; TYRONE THORNTON, an individual; LAQUAJAWAN T. LANIER, an individual; WALTER L. LANIER, an individual; and LAMONT HART, an individual,<br><br>       Defendants. | Case No. CV 10-10089 RGK (FFMx)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND TO EXTEND**<br><br>**First Amended Complaint filed: October 13, 2011**<br>**Counterclaims filed: Dec. 2, 2011**<br>**Courtroom: 850**<br>**Trial Date: June 5, 2012**<br>**Hon. R. Gary Klausner** |

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

13389.008 1943254v1

1

Case No. CV 10-10089 RGK FFMx

1     **WHEREAS,** on October 13, 2011, Plaintiff filed a First Amended Complaint

2 in this action;

3     **WHEREAS,** on December 2, 2011, Defendants for the first time filed

4 Counterclaims, containing eight new causes of action;

5     **WHEREAS,** under Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff has

6 until December 27, 2011, to respond to Defendants' Counterclaims;

7     **WHEREAS,** due to the holidays and concomitant family and vacation plans

8 of Plaintiff representatives, counsel and staff, responding to Defendants'

9 Counterclaim by December 27 would be unduly burdensome and difficult;

10     **WHEREAS,** Plaintiff's Amended Complaint and Defendants' Counterclaims

11 raise numerous additional issues not previously addressed in this case;

12     **WHEREAS,** the Parties believe that as a result, additional time will be

13 required to complete discovery and adequately prepare for trial;

14     **WHEREAS,** the Parties therefore respectfully request of the Court that

15 pretrial deadlines and the trial date be extended for a short time to allow the Parties

16 to complete discovery and adequately prepare for trial;

17     **IT IS HEREBY STIPULATED** by and between the parties hereto through

18 their respective attorneys of record that Plaintiff may have an additional thirty days

19 to respond to Defendant's Counterclaim, until **January 26, 2012,** and

20     That the Discovery Cut-Off shall be extended thirty days, to **April 6, 2012,**

21 and

22     That the Motion Cut-Off (last day to file) shall be extended thirty days, to

23 **April 20, 2012,** and

24     That the Pretrial Conference be extended to **June 18 at 9:00 a.m.,** or a time

25 and date convenient to the Court, and

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO
COUNTERCLAIM AND PRETRIAL DEADLINES

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

1  That the Court Trial (est. 2-3 days) shall be extended to **July 3 at 9:00 a.m.,**

2  or a time and date convenient to the Court.

3  **SO STIPULATED.**

4

5  DATED: December 19, 2011    COBLENTZ, PATCH, DUFFY & BASS LLP

6

7  By: ___/s/_____

   Julia D. Greer
8  Attorneys for Plaintiff BROADCAST
   MUSIC, INC.
9

10 DATED: December 19, 2011    KNIGHT LAW GROUP

11

12 By: _____

   Raaqim A. S. Knight
13 Attorneys for Defendants DEYON
   DAVIS, individually and dba DEYON
14 DAVIS MUSIC, and CINEMATIC
   TUNES, INC.
15

16

17 **SO ORDERED.**

18

19 DATED:

20

21 THE HONORABLE R. GARY KLAUSNER
   UNITED STATES DISTRICT COURT
22

23

24

25

26

27 13389.008.1888144v2        3        Case No. CV 10-10089 RGK FFMx

28 STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO
   COUNTERCLAIM AND PRETRIAL DEADLINES