| | |
|---|---|
| 1 | RAAQIM A. S. KNIGHT (Bar No. CA 217630) |
| 2 | KNIGHT LAW GROUP<br>11601 Wilshire Boulevard |
| 3 | Los Angeles, CA 90025<br>Telephone: (424) 234-5244 |
| 4 | Facsimile: (424) 234-5228 |
| 5 | *Attorney for Defendant*<br>YASMINAH COMBARY, and *Defendants and* |
| 6 | *Counterclaimants* DEYON DAVIS and<br>CINEMATIC TUNES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEYON K. DAVIS, as an individual and d/b/a DEYON DAVIS MUSIC; CINEMATIC TUNES, INC. a California corporation; YASMINAH COMBARY, an individual; TYRONE THORNTON, an individual; LAQUAJAWAN T. LANIER, an individual; WALTER LANIER, an individual; LAMONT HART, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. CV 10-10089 RGK (FFMx)<br><br>Assigned to the Honorable R. Gary Klausner<br><br>**DECLARATION OF RAAQIM KNIGHT IN SUPPORT OF EX PARTE APPLICATION BY DEYON DAVIS AND CINEMATIC TUNES, INC. FOR MODIFICATION OR, IN THE ALTERNATIVE, CLARIFICATION OF THE COURT'S ORDER TO DISMISS COUNTERCLAIMS**<br><br>[*Ex Parte* Application by Deyon Davis and Cinematic Tunes, Inc. for Clarification or, in the Alternative, Correction of the Court's Order To Dismiss Counterclaims; and Proposed Order, filed concurrently herewith]<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 850<br>Judge: R. Gary Klausner<br>Complaint filed: December 10, 2010 |

**KNIGHT DECLARATION i/s/o EX PARTE APPLICATION**

## DECLARATION OF RAAQIM KNIGHT

I, Raaqim Knight, declare as follows:

1. I am a member in good standing of the State Bar of California and am a partner with the law firm of Knight Law Group, and I represent defendants and counterclaimants Deyon Davis ("Davis") and Cinematic Tunes, Inc. ("CTI") (collectively, "Counterclaimants") in the above-captioned matter. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the automatic e-mail message generated by the CM/ECF system which I received upon entry of the Order Granting Motion to Strike Belated Counterclaims by Deyon K. Davis and Cinematic Tunes, Inc.

3. In accordance with Local Rule 7-19.1, the morning of February 27, 2012, I notified counsel for plaintiff and counter-defendant Broadcast Music, Inc. ("BMI") via a detailed telephone message and email that Counterclaimants intend to file this *ex parte* application, and of the relief Counterclaimants are seeking. I believe that BMI will oppose the application to the extent it seeks modification of the Order because BMI drafted language of the Order, but it is unclear whether BMI would oppose the application to the extent it seeks clarification of the Order. Via email, BMI stated that it could not determine whether or not it would oppose the application prior to reviewing it.

4. In accordance with Local Rule 7-19, the name and address of counsel for BMI is:

> Jeffrey G. Knowles
> Julia D. Greer
> David Mehretu
> Coblentz, Patch, Duffy & Bass, LLP
> One Ferry Building, Suite 200
> San Francisco, California 94111-4213
> Telephone: (415) 391-4800
> Facsimile: (415) 989-1663

1

**KNIGHT DECLARATION i/s/o EX PARTE APPLICATION**

jgk@cpdb.com
jdg@cpdb.com
dxm@cpdb.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March, 2012, at Los Angeles, California.

_____/S/_____

Raaqim Knight

**KNIGHT DECLARATION i/s/o EX PARTE APPLICATION**